EXCHANGE NATIONAL BANK OF TAMPA, A FLORIDA CORPO-
RATION, AS ADMINISTRATOR OF THE ESTATE OF ADRIAN C.
HONORE, DECEASED, ET AL., *Appellants*, v. FLYNN-HARRIS-
BULLARD COMPANY, A CORPORATION, *Appellee*.

Division B.

Decision Filed April 16, 1928.

*Knight, Thompson & Turner* and *James F. Glen*, for Appellants;

*Hampton & Greene*, for Appellee.

PER CURIAM.—The decrees herein are affirmed on the
authority of Exchange National Bank of Tampa, as Administrator, *et al.*, v. Clark-Ray-Johnson Company, this day decided.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the
opinion and judgment.